# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELIZABETH WEIDMANN-GIFFORD,

    Plaintiff,

v.                        Case No: 8:21-cv-854-CEH-JSS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Julie S. Sneed on May 27, 2022 (Doc. 28). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for an Award of Attorney's Fees (Dkt. 27) be granted; (2) Plaintiff be awarded attorney's fees in the amount of $7,167.92 and costs in the amount of $402 under the EAJA; and (3) The fees be payable directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 28) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for an Award of Attorney's Fees (Dkt. 27) is GRANTED.

(3) Plaintiff is awarded attorney's fees in the amount of $7,167.92 and costs in the amount of $402 under the EAJA.

(4) The fees shall be payable directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government.

**DONE AND ORDERED** at Tampa, Florida on June 15, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record